## NATIONAL LABOR RELATIONS BOARD v. CAROLINE MILLS, Inc.

### No. 11589.

Circuit Court of Appeals, Fifth Circuit.

Dec. 30, 1946.

Rehearing Denied Feb. 8, 1947.

David A. Morse, Gen. Counsel, N.L.R.B., and A. Norman Somers, Asst. Gen. Counsel, N.L.R.B., both of Washington, D. C., and Paul E. Kuelthau, Regional Atty., N.L.R.B., of Atlanta, Ga., for petitioner.

Shirley C. Boykin, of Carrollton, Ga., and John Wesley Weekes, of Decatur, Ga., for respondent.

Before SIBLEY, HOLMES, and WALLER, Circuit Judges.

**PER CURIAM.**

An examination of the record and briefs in the above-styled and entitled cause shows that there was evidence which, if believed, and which the Examiner and the Board assert that they did believe, would support the finding and order in this case.

Let the order be enforced.